CHRISTOPHER J. CHRISTIE
United States Attorney
Newark, New Jersey

Karen T. Callahan
Special Assistant U.S. Attorney
c/o Social Security Administration
Office of the General Counsel
26 Federal Plaza, Room 3904
New York, NY  10278
(212) 264-3650, ext. 226
Fax: (212) 264-6372
karen.callahan@ssa.gov
KC6469

|  |  |  |
|---|---|---|
| ------------------------------------------------------- x | | **UNITED STATES DISTRICT COURT** |
| FABIAN LANDAZURI, | : | **DISTRICT OF NEW JERSEY** |
| | : | |
| Plaintiff, | : | **Hon. Katharine S. Hayden** |
| | : | |
| v. | : | **CV 05-2025** |
| | : | |
| | : | **CONSENT ORDER TO REMAND** |
| COMMISSIONER OF | : | **PURSUANT TO SENTENCE 4 OF** |
| SOCIAL SECURITY, | : | **42 U.S.C. § 405(g)** |
| | : | |
| Defendant. | : | |
| ------------------------------------------------------- x | | |

This matter having been opened to the Court by Christopher J. Christie, United States

Attorney for the District of New Jersey, and Karen T. Callahan, Special Assistant United States

Attorney, attorneys for Defendant, for an Order remanding the within cause of action to the

Defendant pursuant to sentence 4 of 42 U.S.C. § 405(g), for further administrative proceedings;

and Plaintiff, through the undersigned attorney, having consented to the within order and the

requested remand, and the Court having considered the matter,

Court having considered the matter,

IT IS on this      day of August, 2005;

ORDERED that the final decision of the Commissioner be and hereby is REVERSED, and the matter is REMANDED to the Defendant for this further administrative action, and it is further

ORDERED that the within matter, be and hereby is, DISMISSED in accord with the decision in Melkonyan v. Sullivan, 111 S. Ct. 2157 (1991).

Hon. Katharine S. Hayden
United States District Court

The undersigned hereby consent to the form and entry of the within order.


CHRISTOPHER J. CHRISTIE
United States Attorney

By:

Karen T. Callahan
Special Assistant U.S. Attorney


INSLER & HERMANN, LLP

By:      Gabriel J. Hermann
Attorney for Plaintiff